# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA A. JONES,<br>　　　Plaintiff(s)<br><br>　　　v.<br><br>WALGREEN CO., ET AL.,<br>　　　Defendant(s) | CIVIL ACTION NO. 3:09-cv-30004 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Walgreen, Co. et al., against the plaintiff Pamela A. Jones, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for partial summary judgment and for dismissal.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: July 12, 2011　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　[jgm.]